1    VPCruz.IND

2    LEONARDO M. RAPADAS
     United States Attorney
3    ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910
     PHONE: (671) 472-7332
6    FAX: (671) 472-7334

7    Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

FEB 28 2007

**MARY L.M. MORAN
CLERK OF COURT**

8

9        **IN THE UNITED STATES DISTRICT COURT**

          **FOR THE DISTRICT OF GUAM**
10

11

**07-00021**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. _____ |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | FELON IN POSSESSION |
| VINCENT PHILIP SIGUENZA CRUZ, ) | OF A FIREARM |
| Defendant. ) | [18 U.S.C. §§ 922(g)(1) and 924(a)(2)] |

THE GRAND JURY CHARGES:

     On or about November 18, 2005, in the District of Guam, VINCENT PHILIP SIGUENZA

CRUZ, the defendant, having been convicted in the Superior Court of Guam on or about 6th day of

April, 2000 in Superior Court of Guam Criminal Case CF25-00, of a crime punishable by

imprisonment for a term exceeding one year, that is Theft of a Motor Vehicle (As a Second Degree

Felony), Theft of Property (As a Third Degree Felony), and Theft by Receiving a Motor Vehicle (As

a Second Degree Felony), possessed in and affecting commerce firearms, to wit: a Beretta, model

92FS, .9 millimeter caliber pistol, Serial Number BER 133706X, which had been shipped and

transported

\\

-1-

ORIGINAL

in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED this ___2nd___ day of February, 2007.

A TRUE BILL.

IRENE MAFNAS
Foreperson


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved By:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-