# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ____Hagåtña____

Country/Parish ____N/A____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00021**
Same Defendant _____ New Defendant ____XXX____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name ____VINCENT PHILIP SIGUENZA CRUZ____

Allisas Name _____

Address _____

Birthdate __1975__ SS# __XXX-XX-2522__ Sex __M__ Race ____ Nationality __Chamorro__

**RECEIVED FEB 28 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ROSETTA SAN NICOLAS

Interpreter: __XX__ No ____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody

____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. §§ 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __2/28/07__   Signature of AUSA: _____

ORIGINAL