# UNITED STATES DISTRICT COURT

District of     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**VINCENT PHILIP SIGUENZA CRUZ** | **WARRANT FOR ARREST**<br><br>Case Number: **CR-07-00021** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **VINCENT PHILIP SIGUENZA CRUZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)

**Felon in Possession of a Firearm**

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title    **18**    United States Code, Section(s)    **922(g)(1) and 924(a)(2)**

| | |
|---|---|
| **VIRGINIA T. KILGORE**<br>Name of Issuing Officer | /s/ Virginia T. Kilgore<br>Signature of Issuing Officer |
| **DEPUTY CLERK**<br>Title of Issuing Officer | **FEBRUARY 28, 2007, HAGATNA, GUAM**<br>Date and Location |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC IN HAGATNA (GAVE TO LT. AGUON)

| DATE RECEIVED<br>2/28/07 | NAME AND TITLE OF ARRESTING OFFICER<br>S/A HOANG NGUYEN (LT. AGUON) | SIGNATURE OF ARRESTING OFFICER<br>/s/ Hoang Nguyen |
|---|---|---|
| DATE OF ARREST<br>3/5/07 | | |

ORIGINAL

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____