# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00021-001          DATE: March 06, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 1:56:37 - 2:01:58
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Vincent Philip Siguenza Cruz      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: C. Marquez / G. Perez
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: April 30, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: