# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>             Plaintiff,                           )<br>                                                      )<br>     vs.                                           )<br>                                                      )<br>VINCENT PHILIP SIGUENZA CRUZ, )<br>                                                      )<br>             Defendant.                       )<br>_____) | CRIMINAL CASE NO. 07-00021<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to March 5, 2007.

Dated this 6th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**