

FILED
DISTRICT COURT OF GUAM

APR 17 2007

MARY L.M. MORAN
CLERK OF COURT

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
VINCENT P.S. CRUZ

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00021 |
| | ) |
| Plaintiff, | ) MOTION TO SCHEDULE CHANGE OF |
| | ) PLEA HEARING AND VACATE TRIAL |
| vs. | ) DATE; CERTIFICATE OF SERVICE |
| | ) |
| VICENT P.S. CRUZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the defendant, VINCENT P.S. CRUZ, through counsel, John T.

Gorman, Federal Public Defender, and moves this Honorable Court to schedule a hearing for

defendant's change of plea from not guilty to plea of guilty and to vacate the trial date currently

scheduled for April 30, 2007. There is no written plea agreement in this case.

DATED: Mongmong, Guam, April 16, 2007.

JOHN T. GORMAN
Attorney for Defendant
VINCENT P.S. CRUZ

# ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on April 16, 2007:

      ROSETTA L. SAN NICOLAS
      Assistant United States Attorney
      Sirena Plaza
      108 Hernan Cortez, Ste. 500
      Hagatna, Guam  96910

      Attorney for Plaintiff
      UNITED STATES OF AMERICA

      F. MICHAEL CRUZ
      Chief U.S. Probation Officer
      U.S. Probation Office
      Districts of Guam and NMI
      2nd Floor, U.S. District Court

DATED: Mongmong, Guam, April 16, 2007.

                      RENATE DOEHL
                      Operations Administrator to

                      JOHN T. GORMAN
                      Attorney for Defendant
                      VINCENT P.S. CRUZ