JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
VINCENT P.S. CRUZ

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00021 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | Setting Change of Plea Hearing Date |
| VINCENT P.S. CRUZ, | ) | |
| Defendant. | ) | |

Upon motion by the Defendant,

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is scheduled for Thursday, April 19, 2007, at 2:15 p.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 17, 2007**