# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00021-001          DATE: April 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 2:24:48 - 2:43:40
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Vincent Philip Siguenza Cruz      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Grace Flores      U.S. Marshal: V. Roman / S. Lujan
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty. No written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: July 31, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 7/3/2007
- Response to Presentence Report: 7/17/2007
- Final Presentence Report due to the Court: 7/24/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: