VPSCruz.STP

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 05 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00021 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE** |
| VINCENT PHILLIP SIGUENZA CRUZ, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, John T. Gorman, hereby stipulate to continue the Sentencing date currently scheduled for July 31, 2007, at 9:30 a.m. to a date sometime after August 6, 2007.

\\
\\
\\
\\
\\
\\

-1-

ORIGINAL

1   The parties make the foregoing request for the reason that the counsel for the

2   Government will be off-island from July 22 until August 2, 2007.

3   　　　SO STIPULATED:

4   　　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
    　　　　　　　　　　　　　　　　　　　　United States Attorney
5   　　　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

6

7   DATED: _7/5/07_　　　　　　By: _____
    　　　　　　　　　　　　　　　　ROSETTA SAN NICOLAS
8   　　　　　　　　　　　　　　　　Assistant U.S. Attorney

9

10  DATED: _7/5/07_　　　　　　　_____
    　　　　　　　　　　　　　　　　JOHN T. GORMAN
11  　　　　　　　　　　　　　　　　Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  　　　　　　　　　　　　　　　　　-2-