VPSCruz.ORD

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00021 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **RE: STIPULATION TO CONTINUE SENTENCING DATE** |
| VINCENT PHILLIP SIGUENZA CRUZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for July 31, 2007 at 9:30 a.m., is hereby rescheduled to the 16th day of August, 2007 at the hour of 9:30 a.m.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 06, 2007**