JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00021 |
|---|---|---|
| Plaintiff, | ) ) ) | RESPONSE TO DRAFT PRESENTENCE REPORT |
| vs. | ) ) | |
| VINCENT PHILIP SIGUENZA CRUZ, | ) ) | |
| Defendant. | ) ) | |

Defendant, VINCENT PHILIP SIGUENZA CRUZ, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, July 13, 2007.

JOHN T. GORMAN
Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on July 13, 2007:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

MARIA CRUZ
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 13, 2007.

_____
RENATE A. DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ