JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ



**FILED**
DISTRICT COURT OF GUAM

AUG 1 5 2007

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00021 |
| | ) |
| Plaintiff, | ) SENTENCING HEARING EXHIBITS |
| | ) |
| vs. | ) |
| | ) |
| VINCENT PHILIP SIGUENZA CRUZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The defendant, VINCENT PHILIP SIGUENZA CRUZ, by and through undersigned

counsel, John T. Gorman, Federal Public Defender, hereby submits the following letters for the

Court's consideration at the Sentencing Hearing scheduled for August 16, 2007, at 9:30 a.m.

        Exhibit A.    Letter of Guam Department of Corrections Officer, J.T. Taitague, dated August 7, 2007.

        Exhibit B.    Letter of Guam Department of Corrections Officer, L.Q. Sanchez, dated August 15, 2007.

        DATED: Mongmong, Guam, August 15, 2007

JOHN T. GORMAN
Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ

**ORIGINAL**

# DEPARTMENT OF CORRECTIONS
## Adult Correctional Facility
### Mangilao, Guam

## INFORMATIONAL REPORT

Date: _07 Aug 2007_

To: WARDEN
CASEWORK/FORENSIC
ATTORNEY JOHN T. GORMAN

Via: UNIT MANAGER POSTS
SGT. T.A. ANANICH
THIRD PLATOON OFFICER

From: COI J.T. TAITAGUE

Subject: DET. VINCENT P.S. CRUZ

Ref: OBSERVATION REPORT

FIRST OF ALL, DETAINEE CRUZ, IS IDENTIFIED TO BE ONE OF POST'S CONTROL ORDERLY DETAIL. DET. CRUZ HAS DEMONSTRATED DISCIPLINE AS WELL AS RESPECT TOWARDS HIS FELLOW PEERS AND THE UNIT OFFICERS. HERE ARE JUST A FEW EXAMPLES OF DET. CRUZ ACCOMPLISHMENTS DET. CRUZ WILL PARTAKE WITH THE IN PROCESSING OF DETAINEES WHOM WERE TRANSFERRED FROM HAGATNA DETENTION FACILITY, AND THAT PERTINENT BLANK DOCUMENTS ARE READILY AVAILABLE FOR THE PROCESSING TO BE EFFECTUATED. SECONDLY, DET. CRUZ, WILL THEN COORDINATE WITH HIS FELLOW PEERS AS TO WHO, WHAT, WERE THE NEW CONFINEE ARE TO BE PROPERLY HOUSED SUPERVISED OF COURSE BY MYSELF OR FELLOW OFFICERS ON DUTY. OVERALL, DET. CRUZ HAS PROVIDED POSITIVE AND OUTSTANDING ATTRIBUTES TOWARDS HIS PEERS. DET. CRUZ HASN'T PROVIDE ANY NEGATIVE BEHAVIOR/ANY INFRACTION THAT WILL CAUSE ME TO ENTERTAINED HIM ACCORDINGLY. ☻

_____, COI
Officer's Signature

ACKNOWLEDGED:

_____
Shift Commander's Signature



08/15/07

Sir,

THROUGH OUT MY TOUR OF DUTY HERE AT POST #5. I'VE OBSERVED detainee VINCENT Cruz TO CONDUCT HIMSELF accordingly as per house rules and regulations. He is currently assigned as unit control detail. His duties include the up keep of the utility room storage room...etc. This detainee is very well kept, a role model for new and fellow detainees. Has been housed at the unit over a period of eight months without incident. End of report.

hq. Sanley, COI

DEFENDANT'S EXHIBIT

# CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the

foregoing document was filed with U.S. District Court and electronically served by the U.S. District

Court Clerk's office to the following on August 15, 2007:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

MARIA C. CRUZ
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 15, 2007.

ALEXANDER A. MODABER
Investigator