# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

V.

Vincent Philip Siguenza Cruz

**NOTICE**

CASE NUMBER: **CR-07-00021-001**

TYPE OF CASE:

☐ CIVIL     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Thursday, August 16, 2007 at 9:30 a.m.** | **Friday, August 17, 2007 at 1:30 p.m.** |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 16, 2007**      /s/ Leilani R. Toves Hernandez
DATE      (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service