DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT PHILIP SIGUENZA CRUZ,<br><br>Defendant. | Criminal Case No. 07-00021<br><br>**ORDER** |

The sentencing hearing in this case is presently scheduled for August 17, 2007 at 1:30 p.m. The court hereby provides notice pursuant to Rule 32(h) of Federal Rules of Criminal Procedure that it is considering a sentencing outside the range suggested by the Sentencing Guidelines. The court finds a sentence outside the range may be warranted under the factors set forth under 18 U.S.C. § 3553 (such as the history and characteristics of the defendant, the need to afford adequate deterrence to criminal conduct and to promote respect for the law). 18 U.S.C. § 3553. Accordingly, the sentencing hearing is rescheduled for October 5, 2007 at 9:30 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Aug 17, 2007**