# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Vincent Philip Siguenza Cruz

CASE NUMBER:  CR-07-00021-001

TYPE OF CASE:

☐ **CIVIL**      X  **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
|       | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Friday, October 5, 2007<br>at 9:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, October 15, 2007 at 10:30 a.m.** |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**September 29, 2007**

DATE

/s/ Leilani R. Toves Hernandez

(BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
       Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service