**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-07-00021-001  DATE: October 15, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:32:45 - 11:19:02
CSO: L. Ogo

---

**APPEARANCES:**

Defendant: Vincent Philip Siguenza Cruz  Attorney: John T. Gorman
   Present    Custody    Bond    P.R.     Present    Retained    FPD    CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: H. Nguyen, ATF
U.S. Probation: Maria Cruz  U.S. Marshal: V. Roman / Greg Perez
Interpreter:  Language:

---

**PROCEEDINGS: Sentencing**
- Proceedings continued to: October 17, 2007 at 8:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.


NOTES: