# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**VINCENT PHILIP SIGUENZA CRUZ**      CASE NUMBER:   **CR-07-00021**

TYPE OF CASE:

☐ **CIVIL**      **X   CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X   TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | November 15, 2007 at 1:30 P.M. | November 21, 2007 at 11:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

____November 13, 2007____         Virginia T. Kilgore
DATE                              /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
        Law Offices of Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service