# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**UNITED STATES OF AMERICA**

V.

**VINCENT PHILIP SIGUENZA CRUZ**

**NOTICE**

CASE NUMBER: **CR-07-00021**

TYPE OF CASE:

☐ CIVIL   X   CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 21, 2007 at 11:00 A.M. | December 4, 2007 at 10:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 14, 2007               Virginia T. Kilgore
DATE                            /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Law Offices of Federal Public Defender
      U.S. Probation Office
      U.S. Marshals Service