# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

**NOTICE**

V.

Vincent Philip Siguenza Cruz

CASE NUMBER: CR-07-00021-001

TYPE OF CASE:

☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagåtña, GU 96910** | **Monday, December 3, 2007 at 10:30 a.m.** | **Friday, December 28, 2007 at 9:00 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 3, 2007**  /s/ Leilani R. Toves Hernandez
DATE  (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
    Federal Public Defender
    U.S. Probation Office
    U.S. Marshals Service