JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ



FILED
DISTRICT COURT OF GUAM

DEC - 5 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00021 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING |
| | ) | SENTENCING DATE |
| vs. | ) | |
| | ) | |
| VINCENT PHILIP SIGUENZA CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for December 28, 2007, at 10:00 a.m., be continued to a date between January 7- 14, 2008.

The parties request this new date as defense counsel will be unavailable from December 14, 2007 to January 6, 2008 and counsel for the government will be unavailable from January 15-18, 2008.

//

//

**ORIGINAL**

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 4, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA