JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111

Attorney for Defendant
VINCENT PHILIP SIGUENZA CRUZ

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00021 |
|---|---|---|
| Plaintiff, | ) | ORDER re: STIPULATION |
| | ) | CONTINUING SENTENCING DATE |
| vs. | ) | |
| VINCENT PHILIP SIGUENZA CRUZ, | ) | |
| Defendant. | ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for December 28, 2007 at 10:00 a.m. is hereby continued to January 29, 2008, at 9:30 a.m.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Dec 06, 2007**