✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

**UNITED STATES OF AMERICA**

V.

**VINCENT PHILIP SIGUENZA CRUZ**

**NOTICE**

CASE NUMBER: **CR-07-00021**

TYPE OF CASE:

☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>January 29, 2008 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>February 27, 2008 at 10:15 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 14, 2008
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Law Offices of Federal Public Defender
U.S. Probation Office
U.S. Marshals Service