AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT _____ GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **VINCENT PHILIP SIGUENZA CRUZ** | CASE NUMBER: **CR-07-00021** |

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | February 27, 2008 at 10:15 A.M. | March 17, 2008 at 9:45 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 13, 2008           Virginia T. Kilgore
DATE                        /s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Law Offices of Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service