# UNITED STATES DISTRICT COURT

DISTRICT **GUAM**

**UNITED STATES OF AMERICA**

V.

**VINCENT PHILIP SIGUENZA CRUZ**

**NOTICE**

CASE NUMBER: **CR-07-00021**

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 Hon. Frances M. Tydingco-Gatewood | March 17, 2008 at 9:45 A.M. | April 4, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 12, 2008
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
Law Offices of Federal Public Defender
U.S. Probation Office
U.S. Marshals Service