vincentcruzstp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

MAR 17 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00021 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO CONTINUE SENTENCING |
| VINCENT PHILIP SIGUENZA CRUZ, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, John T. Gorman, hereby stipulate to continue the Sentencing hearing currently scheduled for April 4, 2008, and that it be rescheduled to a date after April 4, 2008 at a time to be selected by the court. Defense counsel's is unavailable from March 27 through April 4, 2008 and government's counsel is also unavailable on April 4, 2008.

SO STIPULATED.

3/13/08
DATE

JOHN T. GORMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

3/13/08
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney