LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **SENTENCING** |
| | ) | |
| VINCENT PHILIP SIGUENZA CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** that the Sentencing hearing currently scheduled for April 4, 2008, is hereby rescheduled to April 7, 2008, at 10:00 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  **Chief Judge**
**Dated: Mar 18, 2008**