**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00021-001                                   DATE: April 07, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 10:51:18 - 11:40:56
                  Virginia T. Kilgore

**APPEARANCES:**
Defendant: Vincent Philip Siguenza Cruz      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas           U.S. Agent: J. Quintanilla, ATF
U.S. Probation: Maria Cruz
Interpreter:                                 Language:

**PROCEEDINGS: Sentencing**
- Motion for upward departure <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>72 months</u>
- Court recommends defendant be incarcerated at <u>Sheridan, Oregon</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>three years</u>, with conditions.
- Fine waived.
- Total restitution ordered <u>suspended</u>.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: